# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 22, 2022

## NO. 03-21-00256-CV

**Texas Commission on Environmental Quality, Appellant**

**v.**

**Sierra Club and Ken Paxton, Attorney General of Texas, Appellees**

### APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELY AND SMITH
### AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the order signed by the trial court on May 5, 2021 denying the Texas Commission on Environmental Quality's motion for summary judgment and granting the Sierra's Club's motion for summary judgment. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order. The Texas Commission on Environmental Quality shall pay all costs relating to this appeal, both in this Court and in the court below.